# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-mj-309 (ZMF)** |
| v. | : | |
| **JAMES LITTLE,** | : | |
| Defendant. | : | |

## MOTION TO UNSEAL CASE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal this case. In support of its motion, the government states as follows:

On March 31, 2021, the defendant had his initial appearance before this Court, and his case was continued for a status hearing on June 2, 2021. Apparently, the docket does not reflect that the case should be unsealed. Since this case no longer needs to remain sealed, the government requests that the Court enter an order unsealing the case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

/s/ *Frederick Yette*
Frederick Yette, D.C. Bar 385391
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7733
Frederick.Yette@usdoj.gov