# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-mj-309 (ZMF)** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES LITTLE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the government's motion to unseal this case, and for good cause shown, it is this _____ day of April, 2021,

ORDERED, that the motion is granted and this case shall be unsealed for all purposes.

_____
ZIA M. FARUQUI
United States Magistrate Judge