# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-mj-309 (ZMF)** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES LITTLE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the government's motion to unseal this case, and for good cause shown, it is this 16th day of April, 2021,

ORDERED, that the motion is granted and this case shall be unsealed for all purposes.

_____
G. Michael Harvey
United States Magistrate Judge