IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JAMES LITTLE,<br><br>     Defendant. | DOCKET NO. 1:21 CR 315 |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that the above-entitled matter has been assigned to Assistant Federal Public Defender Peter Adolf. Mr. Adolf will represent James Little in all further proceedings in the above-entitled matter.

Respectfully submitted:

_____
Peter Adolf
Trial Team Leader
Assistant Federal Public Defender
North Carolina Bar No. 37157
New Jersey Bar No. 038911999
New York Bar No. 2729671
Attorney for James Little
Federal Public Defender, Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720 (phone)
(704) 375-2287 (fax)
Peter_Adolf@fd.org

DATE: April 30, 2021