## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :   CR. NO. 21-315 (RCL) |
| | : |
| **JAMES LITTLE,** | : |
| | : |
| **Defendant.** | : |

### UNOPPOSED MOTION FOR PROTECTIVE ORDER

    The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

                                 Respectfully submitted,

                                 CHANNING D. PHILLIPS
                               ACTING UNITED STATES ATTORNEY

                               /s/ *Frederick Yette*
                               Frederick Yette, D.C. Bar 385391
                               555 4th Street, N.W.
                               Washington, D.C. 20530
                               (202) 252-7733
                               Frederick.Yette@usdoj.gov