# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. 1:21-cr-00315-RCL |
| v. | : |
| JAMES LITTLE | : |
| Defendant. | : |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached memoranda related to the status of the government's ongoing discovery efforts in Capitol-riot cases. The attached memoranda document the progress of these efforts as of October 21, 2021 and are attached to this notice and filed via the Court's electronic case files system (ECF) on counsel for the defendant.

Respectfully submitted,
MATTHEW GRAVES
United States Attorney
DC Bar No. 481 052
555 Fourth Street, NW
Washington, DC 20530

By:    /s/ *Emily A. Miller*
EMILY A. MILLER
Capitol Breach Discovery Coordinator
DC Bar No. 462077
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
Emily.Miller2@usdoj.gov
(202) 252-6988

By:    /s/ *Michael G. James*
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-D.C.)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530