UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 1:21-cr-00315-RCL |
| **JAMES LITTLE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael G. James.  AUSA Michael G. James will be substituting for AUSA Frederick Walton Yette.

                Respectfully submitted,

                MATTHEW GRAVES
                United States Attorney
                DC Bar No. 481052
                555 Fourth Street, NW
                Washington, DC 20530

By:   /s/ Michael G. James
                MICHAEL G. JAMES
                Assistant United States Attorney
                N.Y. Reg. No. 2481414
                Office of the United States Attorney
                Eastern District of North Carolina
                (on detail to the USAO-D.C.)
                150 Fayetteville Street, Suite 2100
                Raleigh, NC 27601
                Mike.James@usdoj.gov
                Telephone: (919) 856-4530

## CERTIFICATE OF SERVICE

On this 12th day of November 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By: */s/ Michael G. James*
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-D.C.)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-453*0*