

EXHIBIT ONE – Screen capture of CCTV footage of Little exiting the Senate Gallery