IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>JAMES LESLIE LITTLE,<br><br>                Defendant. | DOCKET NO. 1:21 CR 315 |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

James Leslie Little, by and through his counsel of record, Assistant Federal Public Defender Peter Adolf, respectfully requests that this Court continue the sentencing hearing presently scheduled for February 11, 2022 at 1:00 PM. As grounds therefor, it is averred:

1.      On or about Friday, January 28, 2022, Mr. Little became ill, displaying flu-like symptoms. Shortly thereafter he tested positive for the SARS-CoV-2 virus, and is therefore suffering from COVID-19. As of this writing, ten days later, he continues to suffer from symptoms of COVID-19 and has undergone medical treatment therefor as recently as yesterday, February 3.

2.      The undersigned is concerned that Mr. Little's ability to meaningfully participate in the upcoming sentencing hearing will be impaired by COVID-19 symptoms. The defense therefore requests a continuance until he has fully recovered and it is certain that his symptoms will not return or worsen in the immediate future.

3.      The United States does not oppose this motion.

**WHEREFORE,** James Leslie Little requests a continuance of his sentencing hearing.

        Respectfully submitted:

        <u>  s/ Peter Adolf</u>
        Peter Adolf
        Trial Team Leader
        Assistant Federal Public Defender
        North Carolina Bar No. 37157
        New Jersey Bar No. 038911999
        New York State Bar No. 2729671
        Attorney for James Leslie Little
        Federal Public Defender, Western District of North Carolina
        129 West Trade Street, Suite 300
        Charlotte, NC 28202
        (704) 374-0720 (phone)
        (704) 375-2287 (fax)
        Peter_Adolf@fd.org

DATE: February 4, 2022