UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JAMES LESLIE LITTLE,**<br><br>*Defendant.* | Case No. 21-cr-315 (RCL) |

## ORDER

Defendant James Little's motion to continue the sentencing hearing [32] is hereby **GRANTED**. It is **ORDERED** that the sentencing hearing be reset for March 14, 2022 at 10:00am. The sentencing hearing will proceed via VTC.

The government's sentencing memorandum [31] argued that this Court had the authority to impose a "split sentence," a period of incarceration that is followed by a period of probation. Defendant is hereby **ORDERED** to respond to the issue of whether a sentencing court has the authority to impose a split sentence by March 1, 2022. It is further **ORDERED** that any government reply be filed by March 8, 2022.

It is **SO ORDERED**.

Date: February 7, 2022

Hon. Royce C. Lamberth
United States District Judge