# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CASE NO. 1:21-cr-00315-RCL |
| v. : | |
| : | |
| **JAMES LITTLE,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING DISCOVERY MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached memorandum related to the status of the government's ongoing discovery efforts in Capitol-riot cases. This memorandum documents the progress of these efforts as of February 9, 2022, and is attached to this notice and filed via the Court's electronic case files system (ECF) on counsel for the defendant.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Emily A. Miller*
EMILY A. MILLER
Capitol Breach Discovery Coordinator
DC Bar No. 462077
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
Emily.Miller2@usdoj.gov
(202) 252-6988

By:   /s/ Michael G. James
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-D.C.)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530