02/02/2022

Dear Honorable Royce C Lamberth,

I am the former Sheriff of Catawba County, NC which is located about an hour from Charlotte. I write to you today concerning James Leslie Little who will be sentenced for one misdemeanor count of parading in the Capital. I have known Mr. Little many years through his activity in the Catawba County GOP as well as his membership with the Shuford YMCA in Conover, NC.

James was a volunteer for my campaigns for Sheriff and for my oldest son's campaign as well. Mr. Little is a Christian conservative patriot who loves God, his community, and America. That's why he was at the Stop the Steal rally to begin with, because he is a concerned citizen.

During my tenure as Sheriff, Mr. Little was never involved in illegal activity of any kind in Catawba County and I ask that you be lenient on this good man.

In conclusion, please also consider his mother who is 86-year-old and has never even had a speeding ticket in her 68-year driving history.

Thanks for your time and consideration in this matter.


Sincerely,

*Coy Reid*
Coy Reid
Former Sheriff of Catawba County

Jan 21, 2022

TO WHOM IT MAY CONCERN

I am writing this letter for J. Les Little who I have known for the last 27 years. Les, his mother Betty, and my family go to the same church FIRST BAPTIST CHURCH IN Claremont N.C. Les is single and has lived with his mother the past 14 years since his father died. Les's mother in in her 80's and had a light stroke last summer. She has recovered but the family who like for Les to remain in his mother's home. Les realizes he did wrong in Washington but I believe he got caught up in the moment and did not realize what he had done until after it happened. I hope you will take this letter and give him lenecy from his crimes so he can remain at home with the mother.

Carroll Austin
Claremont N.C.



To whom it my concern
Dear sir

I am writing this letter for Les Little. He is a home town boy from a small town where every one knows everyone. He comes from a loving family of 6 has never been any trouble good student a good church member and is a blessing to many people. He is the youngest in his family and has stayed home to look after His mother who is 86. Les loves his home his church his town and his country. He was caught up in the moment at the white house and would not hurt or flee.



Let him come back Home and I am sure he will never do anything like this again.

My name is Janie Edwards I live in this small town and I know about. The Caten of people. I am 79 married 62 years 6 grand children 14 great grand children and love this Country + Law + order

May we allways remain great

Mrs. Paul H Edwards
Janie