*First Baptist Church*
*PO Box 489*
*Claremont, NC 28610*
*Rev. Dennis Richard Sr.*

February 4, 2022

Your Honor,

    I have known Les Little for over thirty years. I am his pastor. Les has always had a willing and helpful heart. He has helped in the church, with Sunday School, Wednesday night services, Young Men Group, Evangelistic Outreach services, sings in the choir, Fall Festival and a few other jobs he likes to volunteer for.

    Les has a Christian servant's heart. He reads and studies about the Lord. His dad, Bud, was one of the Deacons and leaders of our church before his passing. His mom, Betty, still teaches Sunday School and is well loved among our members.

    I know that Les has his own views on various subjects, but I don't believe he means any harm to anyone.

    He is the only one at home to take care of his elderly mother and to keep up their house. Les is working and driving a truck. I have no problem asking you to consider Les, his mother, and our church when you make your decision.

In His Service,

Rev. Dennis J. Richards, Sr. D.Min., D.D.



First Baptist Church
PO Box 489
Claremont NC 28610

Case: L. Little

Received
Federal Defenders of
FEB - 9 2022
Western North Carolina
Charlotte NC

GREENSBORO NC 270
7 FEB 2022 PM 4 L
FIRST-CLASS

Mr. Peter Adolf
129 W Trade St Suite 300
Charlotte NC 28202

ZIP 28658
02 7H
0006000944

US POSTAGE IMI PITNEY BOWES
$ 000.53⁰
FEB 07 2022