Carlton Huffman
N88w15095 Cleveland Ave. #4
Menomonee Falls, WI 53051

1/6/2022

Senior Judge Royce Lamberth
333 Constitution Avenue NW
Washington DC, 20001

*Let this be filed.
cys to counsel
[signed] Royce C. Lamberth
U.S.D.J. 3/9/22*

CC: Matthew M. Graves
United States Attorney

RE: James "Les" Little. Case Number: 1:21-cr-315

Senior Judge Lamberth,

This is my first time writing to a federal Judge regarding the sentencing of an individual. As a God-fearing Christian, I would normally let the case of James "Les" Little take its course in the belief that once an individual faces consequence for their actions that they will atone for their crime. Unfortunately, in the case of James Little there is no remorse for his actions taken on January 6th and I believe a light sentence will present a risk to the public and to the governing authorities of the United States.

I came to know Mr. Little through the course of my professional and personal political work in western North Carolina. These interactions were marked by Mr. Little being very gruff, rude, and often aggressive with individuals who disagreed with him at public meetings. Even in the course of supporting the same candidates he could still be very difficult to interact with as it was his way or no way. This pattern of behavior and mentality escalated with the rise of Donald Trump to the presidency. James became passionately swept up in the Trump Presidency to an extent that there was no disagreeing with him or getting through to him.

This passion culminated with his participation in the attack on the United States Capitol on January 6th, 2021. Unlike a number of individuals charged with crimes that day, a quick perusal of Mr. Little's Facebook clearly shows that there is absolutely no remorse for his actions. He clearly believes that his disruption of the counting of the Electoral College votes was a patriotic act and knowing then what he now knows it is my sincere belief his actions on January 6th, 2021 would be the same. Even on the one-year anniversary of his crime to which he has pled guilty he continues to exhibit a joking nature, as if upon his sentencing he can revert back to his pre January 6th mentality without true consequence.

I have included in this letter a few screenshots of Mr. Little's Facebook page as partial evidence for my reasons writing this letter. I cannot state this any more strongly that if Mr. Little is not given a heightened sentence for his actions there is nothing at present to reflect either remorse or an indication that he would not participate in similar crimes again. For as long as former President Trump maintains that the 2020 election was stolen it is my sincere belief that James Little will be "on call" for a future January 6th style attack on the United States government. I ask as a citizen that James Little be given the maximum penalty allowed by statute for the crime that he has pled guilty too. I am willing to travel to DC at my own expense to make a statement in open court to this effect.

Sincerely,

Carlton Huffman
(828) 578-3051









 **J Les Little**
5h ·

So no one wants to help me? The letters are to be read by the Judge in the privacy of his chambers before my sentencing and could persuade my sentencing.
 My lawyer had me to do the same thing when I had my high speed racing accident at age 17. I impulsively put my life, freedom, and neck on the line at a protest to try to save our constitutional Republic, freedom, rule of law, and capitalism, and no one wants to even write a letter for me???

 2                                                            11 Comments