UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 1:21-cr-00315-RCL |
| JAMES LITTLE, : | |
| : | |
| Defendant. : | |

## MOTION TO DISMISS COUNTS ONE THROUGH THREE OF THE INFORMATION

The United States of America, by and through the United States Attorney for the District of Columbia, pursuant to the terms of the plea agreement, D.E. 25, moves to dismiss Counts One through Three of the Information filed on April 23, 2021, D.E. 8. Count One charged Defendant James Little ("Little") with Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1). Count Two charged Little with Disorderly and Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(2). Count Three charged Little with Disorderly and Disruptive Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D). On November 16, 2021, Little pled guilty to Count Four of the Information which

charged Little with Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).  D.E. 25-26.

                              Respectfully submitted,

                              MATTHEW GRAVES
                              United States Attorney
                              DC Bar No. 481052

By:    /s/ *Michael G. James*
        MICHAEL G. JAMES
        Assistant United States Attorney
        N.Y. Reg. No. 2481414
        Office of the United States Attorney
        Eastern District of North Carolina
        (on detail to the USAO-D.C.)
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Mike.James@usdoj.gov
        Telephone: (919) 856-4530

## CERTIFICATE OF SERVICE

On this 14th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:    /s/ *Michael G. James*
        MICHAEL G. JAMES
        Assistant United States Attorney
        N.Y. Reg. No. 2481414
        Office of the United States Attorney
        Eastern District of North Carolina
        (on detail to the USAO-D.C.)
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Mike.James@usdoj.gov
        Telephone: (919) 856-4530