UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: **1:21-cr-00315-RCL** |
| **JAMES LITTLE,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

This matter comes before the Court on a motion by the government to dismiss Counts One through Three of the Information pursuant to the terms of the plea agreement defendant entered into on November 16, 2021. The Court grants the government's motion.

It is SO ORDERED.

Date: March ___ 2022.            _____
                                 Hon. Royce C. Lamberth
                                 United States District Judge