UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
         v.                     :
                                :   Case No.: 1:21-cr-00315-RCL
JAMES LITTLE,                   :
                                :
         Defendant.             :

ORDER

This matter comes before the Court on a motion by the government to dismiss Counts One through Three of the Information pursuant to the terms of the plea agreement defendant entered into on November 16, 2021. The Court grants the government's motion.

It is SO ORDERED.

Date: March 14 2022.

_____
Hon. Royce C. Lamberth
United States District Judge