IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES LESLIE LITTLE,<br><br>　　　　　Defendant. | DOCKET NO. 1:21 CR 315 |

**NOTICE OF APPEAL**

James Leslie Little, by and through his attorney of record, Assistant Federal Public Defender Peter Adolf, hereby gives notice, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing the conviction and sentence announced on March 14, 2022 and entered March 18, 2022 by the Honorable Royce C. Lamberth to the United States Court of Appeals for the District of Columbia Circuit.

　　　　　Respectfully submitted:

　　　　　  s/ Peter Adolf
　　　　　Peter Adolf
　　　　　Assistant Federal Public Defender
　　　　　North Carolina Bar No. 37157
　　　　　Attorney for James Leslie Little
　　　　　Federal Public Defender, Western District of North Carolina
　　　　　129 West Trade Street, Suite 300
　　　　　Charlotte, NC 28202
　　　　　(704) 374-0720 (phone)
　　　　　(704) 374-0722 (fax)
　　　　　Peter_Adolf@fd.org

DATE: March 21, 2022