# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3018**  **September Term, 2023**

**1:21-cr-00315-RCL-1**

**Filed On: November 9, 2023** [2026164]

United States of America,

    Appellee

  v.

James Little,

    Appellant

## M A N D A T E

In accordance with the judgment of August 18, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                BY:    /s/
                                             Michael C. McGrail
                                             Deputy Clerk

Link to the judgment filed August 18, 2023