IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
          *Plaintiff,*

          v.                          DOCKET NO.: 1:21-CR-315-RCL

JAMES LITTLE,
          *Defendant.*

---

**APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record.  I am admitted or otherwise

authorized to practice in this court, and I appear in this case as counsel for the

Defendant listed above.

          Respectfully submitted this 13th day of December, 2023.


                              s/ Joshua B. Carpenter_____
                              Joshua B. Carpenter
                              NC Bar No. 72800, VA Bar No. 977217
                              Appellate Chief
                              Office of the Federal Public Defender
                              One Page Avenue, Suite, 210
                              Asheville, NC 28801
                              (828) 232-9992 Voice
                              (828) 232-5575 Fax
                              Joshua_Carpenter@fd.org