UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   : | |
| : | |
| **v.**   : | Case No. 21-CR-315 (RCL) |
| : | |
| **JAMES LESLIE LITTLE,**   : | |
| : | |
| **Defendant.**   : | |

## MOTION TO HOLD IN ABAYENCE AND TERMINATE ASSOCIATED DEADLINES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to hold in abeyance defendant's motion to alter judgment and terminate probation, ECF No. 58. Whether resentencing rather than early termination of probation is the proper remedy for split sentences invalidated by *United States v. Little*, 78 F.4th 453, 454 (D.C. Cir. 2023), is presently before the Circuit Court in *United States v. Caplinger*, Case No. 22-3057 (Doc. No. 2030968, filed Dec. 11, 2023). There, the defendant has filed a "Renewed Motion To Vacate And Opposition To Government Motion For Remand For Resentencing." The government's response to that motion is due December 21, 2023. In ruling on that motion, the Circuit Court will determine whether the defendant is entitled to immediate relief from his probationary term or whether he should be resentenced, the same issues presented to this Court. Because any ruling will be dispositive, and to conserve judicial resources, the government moves to hold ruling on the present motion in abeyance pending a decision in *Caplinger*.[1] Accordingly, the government further moves this Court terminate all deadlines related to the motion.

---

[1] The Government will alert the Court when *Caplinger* is decided. The government has filed substantive responses and is filing motions to hold in abeyance in *U.S. v. Pryer* (21-cr-667-RCL) and *U.S. v. Ianni* (21-cr-451-CJN).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052


By:    */s/ Patrick Holvey*
        PATRICK HOLVEY
        DC Bar No. 1047142
        Assistant United States Attorney
        United States Attorney's Office
        601 D Street N.W.
        Washington, D.C. 20530
        Telephone: 202-252-7224
        Patrick.Holvey@usdoj.gov

## CERTIFICATE OF SERVICE

On this 14th day of December 2023, a copy of the foregoing was served upon all parties via the Electronic Case Filing (ECF) System.

>/s/ Patrick Holvey
>PATRICK HOLVEY
>DC Bar No. 1047142
>Assistant United States Attorney
>United States Attorney's Office
>601 D Street N.W.
>Washington, D.C. 20530
>Telephone: 202-252-7224
>Patrick.Holvey@usdoj.gov