UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-315 (RCL) |
| | : | |
| **JAMES LESLIE LITTLE,** | : | |
| | : | |
| **Defendant.** | : | |

## WITHDRAWAL OF MOTION TO HOLD IN ABEYANCE AND MOTION FOR AN EXTENSION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully withdraws its previously filed motion to hold in abeyance and terminate deadlines, ECF 61. The motion was filed in error.

The United States respectfully moves, instead, for an extension to time to respond to Defendant's Motion to Terminate Probation and/or Alter Judgment. ECF 58. Counsel for the government has conferred with defense counsel and they <u>consent</u> to the extension to time to respond by **<u>fourteen (14) days</u>**.

After vacating Little's sentence, the D.C. Circuit Court remanded for resentencing. *United States v. Little*, 78 F.4th 453 (D.C. Cir. 2023). In compliance with that mandate, this Court has set resentencing for January 24, 2024. But Little seeks instead to amend judgment and terminate probation. And he has asserted arguments in support that implicate double jeopardy concerns. As this Court is aware, the government is currently vetting those arguments as applied in a host of cases, including *United States v. Pryer*, also before this Court. Given the complexity of the arguments, the government respectfully requests an extension of 14 days to fully respond to Little's motion to terminate which, notably, draws heavily on other positions the Government has taken in other cases and requires additional coordination between prosecution teams. This extension will serve the

interests of justice in ensuring sequential filings of government positions are uniform and consistent, will avoid duplication of efforts within the government and preserve the judicial resources of this Court by ensuring a clean and complete record and attempting to minimize serial supplementations by both parties based on filings in other cases.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      DC Bar No. 481052

By:    */s/ Patrick Holvey*
          PATRICK HOLVEY
          DC Bar No. 1047142
          Assistant United States Attorney
          United States Attorney's Office
          601 D Street N.W.
          Washington, D.C. 20530
          Telephone: 202-252-7224
          Patrick.Holvey@usdoj.gov

## CERTIFICATE OF SERVICE

On this 18th day of December 2023, a copy of the foregoing was served upon all parties via the Electronic Case Filing (ECF) System.

/s/ Patrick Holvey
PATRICK HOLVEY
DC Bar No. 1047142
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov