UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JAMES LESLIE LITTLE,

    *Defendant.*

Case No. 1:21-cr-315-RCL

## ORDER

Upon consideration of the Government's unopposed Motion (ECF No. 63) for an Extension of Time to Respond to Defendant's Motion (ECF No. 58) to Amend Judgment and Terminate Probation, and to withdraw the Government's Motion (ECF No. 61) to hold in Abeyance Defendant's Motion, it is hereby:

**ORDERED** that the Government's Motion is **GRANTED**; and it is further

**ORDERED** that the Government shall respond to Defendant's Motion by January 3, 2024.

**IT IS SO ORDERED.**

Date: 12/21/23

Royce C. Lamberth
United States District Judge

1