# Exhibit A

**Holvey, Patrick (USADC)**

| | |
|---|---|
| **From:** | ███████████████████████ @dcd.uscourts.gov> |
| **Sent:** | Wednesday, December 27, 2023 11:31 AM |
| **To:** | Holvey, Patrick (USADC) |
| **Subject:** | JAMES LITTLE Case# 21cr315 |

Hi Patrick

Just checked his account and no payment has been made so there is no payment history report yet.

**Total Owed**: $510.00
**Collected**: $0.00
**Outstanding**: $510.00

Thank you

████████████████
Financial Specialist
U.S. District & Bankruptcy Courts for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
████████████

# Exhibit B

Facebook Posts in Chronological Order
(PII Redacted)





(whole image next page)

B-2



B-3



J Les Little ▸ Catawba County News
April 30, 2022 · 🌐                                    · · ·



YOUTUBE.COM
J6 Patriot: I Did NOT COMMIT Suicide!

😆👍 3                                              7 comments

👍 Like            💬 Comment            ↪ Share

                                      Top comments ▾

I thought this was a news group, not a place for someone to post their diatribes.

1y   Like   Reply   Share                    👍😆 3

**(Comments continued next page)**



Top comments ▾

I thought this was a news group, not a place for someone to post their diatribes.

1y   Like   Reply   Share                                          👍😂 3

J Les Little  Author
if J6 isn't news, and a Jedge taking away my first and second amendment rights and me going to prison for a single count misdemeanor isn't news, what is ❄️???
If they get by with silencing me, your future diatribes will be illegal one day too, but since you prefer to keep your head in the sand, I will block you!

1y   Like   Reply   Share                                          👍 3

J Les Little 🙂 treason=prison. And this belongs on your personal page not a local news group.

1y   Like   Reply   Share                                          👍😂 4

= ❄️❄️❄️❄️❄️❄️❄️❄️❄️❄️❄️❄️❄️❄️❄️❄️

1y   Like   Reply   Share                                          👍❤️ 2

It's local news to us . Free speech is imperative. The man stood up for what he believes. He believes in freedom.

1y   Like   Reply   Share                                          👍

You spelled "insurrection" wrong

1y   Like   Reply   Share        👍😂 4

J Les Little  Author
it's a video. There was no spelling ❄️.

1y   Like   Reply   Share                                          👍

B-5



(Selected comments continued next page)



### J Les's Post

Continued prayers always!

1y   Like   Reply

Follow
That looks painful! What is "covid sentencing". I've never heard that term. Get Well Soon.

1y   Like   Reply

J Les Little
I got this Cellulitis in prison, so I said "Additional sentience."

1y   Like   Reply

J Les Little
I had COVID a whole month before being sentenced to political prison for peaceful protest.

1y   Like   Reply

Follow
J Les Little "covid" is a seasonal flu repackaged, many believe it was preplanned like ME, who knows the "epidemic" to sell the most addictive "opioid" created and distributed by satanic men and women posing as "healthcare" workers! A monopoly run "news", hospitals, and country systems!

1y   Like   Reply

J Les Little
it was created by China and their Communist "Democrat" domestic enemies of America for a three fold purpose:
I. Shutdown President Trump's record economy and get the late mail 📬 in ballots to steal the 2020 election and complete the four year coup against God's anointed, appointed, and prophesied Donald John Trump.
II. Get rid of the non producers (Elderly, handicapped, terminally ill) who are a drain on the Marxist system.
III. Gain totalitarian government control over the people using emergency powers to all Governors to become dictators making "Law" on their own, and persecuting Christians by closing churches.

1y   Like   Reply

Follow
J Les Little SPOT ON! Not gonna happen! WE hold the power not advertisers with money killing to profit.

1y   Like   Reply

J Les Little
II Chronicles 7 14

1y   Like   Reply

B-7



### J Les's Post                                                       ✕

**J Les Little**
July 30, 2022 · 🌐

"EVERYONE must SUBMIT to the governing authorities, for ALL AUTHORITY comes from God, and those in positions of authority, HAVE BEEN PLACED THERE BY GOD.
So, ANYONE who rebels against authority is rebelling against what God has instituted, and they will be punished." -Apostle Paul in Romans 13:1-2
Although my ❤️ was in the right place, my feet weren't. I was on the right side of the truth, the Bible on social and political issues, on the right side of history, the Constitution, our REPUBLIC (Not a democracy), our freedom, and capitalism that has made us the most free and rich nation in history, but in being a vigilante and taking matters into my own hands, I got out of God's will thinking I was doing His will.
His will was to punish America and cause us to repent and seek Him again, by allowing this evil fraudulent regime to take over our republic, just like He punished Israel over and over with evil Kings or like now allowing our enemies to reign over us.
While I will always be proud for trying to save America, I regret and repent of getting out of God's will and in the way of His much needed discipline of us.
"IF My people who are called by My name will HUMBLE THEMSELVES, PRAY, SEEK MY FACE, and TURN FROM THEIR WICKED WAYS, then I will hear from Heaven, forgive their sins, and heal their land." -God in II Chronicles 7 14

🔵😮💗 7                                            12 comments   8 shares

| 👍 Like | 💬 Comment | ↪ Share |

Most relevant ▾

█████  Well said! 🔴
1y   Like   Reply

   **J Les Little**
   █████ thanks! I pray everyday that I will only do and say what God wants me
   to, and although I may miss the mark, at least I know I'm in the ballpark.
   1y   Like   Reply                                              👍

   █████ J Les Little amen! 🔴
   1y   Like   Reply

   🔘 Write a reply...                          😊 📷 GIF 😀

█████ Amen, I pray God will heal our evil Land. These are times where evil is considered right
and right is wrong! We need to take our country back with the help of God! Our
country was founded on God's principles
   ❤️
1y   Like   Reply

   **J Les Little**
   █████ absolutely! We're in the last days when the Bible says good will
   be called evil and evil good.
   1y   Like   Reply                                              👍

**(Comments continued next page)**

B-8



**J Les's Post**

1y   Like   Reply

I refuse to bow my knee to this dangerous Governmental Overreach...Just Like I Refuse
to bow the knee to Nazism or Communism...
Was Hitler God's Choice for a National
Leader...God Allowed it, But God gives us Freewill...God didn't "Choose Hitler,"
Man did...Man's Sinful nature Allows
Man to be declieved...James says we sin when we are drawn away by our own lusts and
enticed...then the end is
Death...
If Hitler was a legitimate Leader, then
Why was there a WW2 to put a stop
To Hitler's Takeover of Eastern Europe
& Japan's forcible Takeover of China,
and islands Guam, and the Philippines??...Was Japan "Justified"
In bombing Pearl Harbor, just because
They "felt like it"??...No...It was Immoral, Injust, and just plain WRONG!!!...
The Civil War...Even though both sides
thought they were Morally Just & Prayed for God's Favor in thier endeavors to fight for
thier "Right"
To Oppress One another, or another race, altogether...
Now, there were many issues brought up by BOTH sides during those 4 Bloody Years,
BUT, the greatest Moral
Question of Slavery was a greater issue than the industrial gains of Money, Market
Advancements, and Overreaching Taxes (not the Federal Tax Laws that we have now)
Laid Upon
The Southern States...
The Immorality of keeping another Human Being as a Slave...Not Endentured
Serventhood, like was comman in Europe, prior to all-out Total Ownership of another
Human Being..
The enslavement of another, plus growing public outcry from Church
Leadership, and President Lincoln's
own hatred of Slavery, forced the Federal Government's actions, after the attack at Fort
Sumter...The catalyst
For The Civil War...and subsequent loss
Of the Southern States and All Thier Slaves (after an astounding loss of life
for North and South)...
Bottom line being, When TYRANNY
Becomes a Law...Rebellion becomes
a Must...I'm not talking about "Taking Up Arms" against Our Government, but
I am talking about NON-COMPLIANCE
Of OPPRESSIVE OVERREACH to stifle and suppress American Citizens and
thier Unalienable Rights....Given
By the Supreme Authority of God
Almighty.....Because....
THIS IS THE LAND OF THE FREE & THE HOME OF THE BRAVE...
The 1st paragraph of the Declaration
Says it all...🇺🇸🇺🇸

1y   Like   Reply   Edited

Write a comment...

**(Comments continued next page)**

B-9



## J Les's Post ✕

The 1st paragraph of the Declaration Says it all...🇺🇸🇺🇸

1y   Like   Reply   Edited

**J Les Little**
███████ of course Hitler was appointed by God. The scripture I just quoted said so. He like Assyria/Babylon/Iraq, and evil Kings line Ahab and Ahaz, was used to punish Israel for rejecting their Messiah, and don't forget God created Lucifer and Pharaoh to show His power against them.
If you believe in the myth of "Freewill," read Romans 9 real slow and over and over until you understand that there is no free will, and God is sovereign over everything that happens and uses it all for His will glory, the sin, the good, the bad, and the ugly.

1y   Like   Reply

**J Les Little**
Hitler was one of the most evil leaders ever, but he was not illegitimate. He was DULY ELECTED BY THE GERMAN PEOPLE IN 1933.

1y   Like   Reply

**J Les Little** Duly Elected by the German people because that was the will of the People...But was it God's will?...
Rom.13 says that he is the servant of God for good...Tyranny is not NEVER GOOD...and Leaders are Not a threat to those who do good works but tyrannts are...When wicked leaders rule the righteousness mourn...When the righteous rule the people rejoice

1y   Like   Reply   Edited

**J Les Little**
███████ "God raised up Pharaoh to show His power against him." -Romans 9. Read that chapter yet. If God isn't on total control, He would be no God at all. Hitler didn't surprise Him and was no more out of His plan than Lucifer was.

1y   Like   Reply

**J Les Little**
Over and over in the Bible, God punished Israel with with wicked Kings and let the Iraqis (Assyria Babylon) carry them off into captivity, to cause them to repent and turn back to Him. The Bible says God disciplines those He loves. He always has a purpose in bad leaders: REPENTANCE of His people.

1y   Like   Reply

## J Les's Post ✕

**J Les Little** is 😣 feeling frustrated.
August 1, 2022 · 🌐

It's getting better and smaller, but gross 🤢 as something from a Stephen King movie. It's only shiny because I just got out of the shower 🚿 🤮.
 The way it's going, Summer is going to be over before I can swim or work again. Worst Summer for me ever, and I'm super frustrated and depressed. I had a way better attitude in political prison, although that's probably where this shit came from.



Write a comment...



**J Les Little**
August 10, 2022 · 🌐

I know how President Trump feels. When I was arrested for my MISDEMEANOR of peacefully protesting in our Capital, the guy who banged on the door was in full Desert Storm uniform uniform with machine gun across his chest, and in addition to the three local FBI agents, the house was surrounded by Catawba County Sheriff Deputies and their cruisers.
 The only thing on my rap sheet was a single DWI conviction. You would think I was Hunter Biden, Bin Laden, Manson, Obama, a Clinton, or any other dangerous and treasonous crook the way I was treated. Keep in mind, they knew my then 85 year old mother was in the house because they interviewed me there before and we showed them southern hospitality.  God help us in Jesus name!

👍 5                                                    3 comments  2 shares

👍 Like              💬 Comment              ↪ Share

View more comments

Just BS!!!
1y   Like   Reply   ❤️

Write a comment...

📷 ☺ 📷 GIF 🎁                                              ➤





B-14





(Comments continued next page)



**J Les's Post**                                        ✕

| 👍 Like | 💬 Comment | ↪ Share |

Most relevant ▾

Totally political . ❤
50w   Like   Reply

That's so crazy! ❤
50w   Like   Reply

**J Les Little**
the whole thing is. I think he was talking about the Hickory office or maybe just him and his partner, but the FBI usually doesn't mess with small fish, unless the small fish supports Trump. They were almost apologetic. It's the ones in DC that I believe are the problem.
50w   Like   Reply

**J Les Little** it still blows me away that they have the Guts to put people in jail for that!! You might as well robbed a bank!! It's all a bunch of political BS. They planned all that and everyone knows it! I hate you were done that way and others to.
50w   Like   Reply                                    ❤

Where did you have to go?
50w   Like   Reply

**J Les Little**
thanks! Romans 8 28. God will and has brought good out of it. I led a PA firefighter to Christ in federal prison, have written a memoir about my prison experience and how Jesus got me through it, and plan on writing one about exactly what when down on J6 as seen through my eyes, and heard through my ears. I also have some libel lawsuits to do against media who said I broke into the Capital and pled guilty to violent entry. Even the FBI agree police let me in, and I pleaded to "Parading in the Capital" which means they didn't like us singing "We're not going to take it anymore" by Twisted Sister in the Capital 😄
50w   Like   Reply                                    👍

**J Les Little**
Jesup GA Federal Correctional Institution. I was supposed to be in low security the whole time, but was quarantined in solitary confinement in medium security two weeks coming and going because I was not vaccinated. One of my favorite guards told me, "You're not supposed to be incarcerated for a misdemeanor," and about the quarantine, "The Democrats put you in here for not taking the jab." I said, "I know."
50w   Like   Reply                                    👍 2

**(Comments continued next page)**

B-17



### J Les's Post                                                                    ✕

One of my favorite guards told me, "You're not supposed to be incarcerated for a misdemeanor," and about the quarantine, "The Democrats put you in here for not taking the jab." I said, "I know."

50w   Like   Reply                                                           👍 2

Wow, well at least you led that PA firefighter to the Lord! That's awesome! Well I hope they get made to pay you back for all the money you lost, due to this mess! I've been praying justice on these Democrats and that they are going down! No matter what it looks like right now, God is working behind the scenes and he will get the last laugh!! They can take that to the bank!!

50w   Like   Reply                                                           ❤️

**J Les Little**
_____amen sister and thanks for your support! Sadly most conservative Christians who should know better, drank the poison fake news Kool aid taking the bait of the carefully crafted narrative 🎣 line and sinker.
I now know how the returning Vietnam vets must have felt. For a moment in time, I risked life, limb, and freedom to save the country I love and for the Christian beliefs I love, only to be shunned, deleted, looked down on, and talked down to by armchair soldiers of family and "Friends" who weren't there and who don't understand the gravity of what stolen elections mean.
Sadly, they're learning some of the consequences of a stolen election through high 💲 prices and subsequent inflation, but it's nothing to the irreversible price the dead in Afghanistan, Ukraine, and Russia have had to pay as a result of the stolen election. We're a communist dictatorship now, a banana Republic, because on 1/6 our military didn't keep it's vows against domestic enemies and the public threw the thousand out of 330 million who tried to save our republic and freedom under the bus. President Trump will be the first President elected to the office three times, and in a bigger landslide than ever. We just need to pray that it's counted this time. I also pray daily like you do, that the truth will be known and it will set the Patriots free and lock up the traitors and tyrants. Are you familiar with Pastor Kim Clement's correct prophesies about President Trump and that he prophesied two terms? He and Rabbi turned Pastor Jonathan Cahn said President Trump is the Trump of God sounding before Jesus returns. Hallelujah amen!

50w   Like   Reply

**J Les Little** yes very true! I know Gods not done with our Great country!! While things spin out of control in this world! I just know, I might live here, but I'm not from here! I am the righteousness of God, because He made me righteous through the blood of Jesus!! Yes I know Kim Clement and Jonathan Cahn! I have listened to them for years now! Also, **One Voice Ministries: Hank and Brenda Kunneman!** He has some awesome prophesies as well! Yes Trump is the Trump of God!! Hallelujah that is what I hang onto! God is awesome 🙏🙏🙏

50w   Like   Reply                                                           ❤️

**J Les Little**
_____amen!

50w   Like   Reply

 **J Les Little** is at **Colorado State Capitol**.

April 29 · Denver, CO · 🌐                    ...

I just drove by, didn't stop in to say hi, in a city a mile high. Although it's pretty and historic and I'm sure I would enjoy seeing the inside of it as I did my US Capitol, I didn't get out of the car.
 I just got an idea to tour the capitals of all 50 states, and take a proper tour of our US Capitol, and write a book about capitals. My nickname in political prison was "Capital" 😂.
 I saw a Cowboy in a suit and figured he's in the Colorado legislature, and pretty sure not one of the Communists.









**J Les's Post**

**J Les Little**
July 30, 2022 · 🌐

"EVERYONE must SUBMIT to the governing authorities, for ALL AUTHORITY comes from God, and those in positions of authority, HAVE BEEN PLACED THERE BY GOD.
So, ANYONE who rebels against authority is rebelling against what God has instituted, and they will be punished." -Apostle Paul in Romans 13:1-2
Although my ❤️ was in the right place, my feet weren't. I was on the right side of the truth, the Bible on social and political issues, on the right side of history, the Constitution, our REPUBLIC (Not a democracy), our freedom, and capitalism that has made us the most free and rich nation in history, but in being a vigilante and taking matters into my own hands, I got out of God's will thinking I was doing His will.
His will was to punish America and cause us to repent and seek Him again, by allowing this evil fraudulent regime to take over our republic, just like He punished Israel over and over with evil Kings or like now allowing our enemies to reign over us.
While I will always be proud for trying to save America, I regret and repent of getting out of God's will and in the way of His much needed discipline of us.
"IF My people who are called by My name will HUMBLE THEMSELVES, PRAY, SEEK MY FACE, and TURN FROM THEIR WICKED WAYS, then I will hear from Heaven, forgive their sins, and heal their land." -God in II Chronicles 7 14

👍❤️😊 7                                                    12 comments  8 shares

👍 Like            💬 Comment            ↪ Share

Most relevant ▾

Well said! ❤️
1y   Like   Reply

**J Les Little**
████████ thanks! I pray everyday that I will only do and say what God wants me to, and although I may miss the mark, at least I know I'm in the ballpark.
1y   Like   Reply

J Les Little amen! ❤️
1y   Like   Reply

Write a reply...                              😊 📷 🎞 🎁

Amen, I pray God will heal our evil Land. These are times where evil is considered right and right is wrong! We need to take our country back with the help of God! Our country was founded on God's principles
1y   Like   Reply

**J Les Little**
████████ absolutely! We're in the last days when the Bible says good will be called evil and evil good.
1y   Like   Reply

B-22









**J Les Little**
October 21 · 🌐

Back in the good ole days! The best days America has ever seen have turned to the worst, and any honest person with a lick of common sense knows more peace and prosperity is what we voted for, but destruction of our Constitutional rights, legal system, freedom, inflation, and war, war, and more war is what we got.
 If you want the good ole days of 17-21 back, everyone vote Trump, because you know being in control the Communists will cheat more than ever, and it's going to take a vote from everyone on the street to #BeattheCHEAT!

🔒 **This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

👍 Like          ⚪ Comment          ↪ Share

Write a comment...









**J Les Little**
November 14 ·

I will support any fellow persecuted and prosecuted J6 Patriot who runs! Go Jacob!!!

YOUTUBE.COM
**MAGA Shaman running for Congress in Arizona: Don't blame Trump for Jan. 6th**
On Monday's "National Report," Jacob Chansley plans to run for Congress in Arizona and blast...

4                                                                    1 share

Like          Comment          Share

Write a comment...



J Les Little
November 17 · 🌐

"Remember those in prison as if you were there yourself (I pray for my brother's at Jesup, and for the release of all J6 Patriots daily). Remember also those being mistreated, as if you felt their pain IN YOUR OWN BODIES." -Hebrews 13:3

👍😢😢 7                                                                      6 comments

       👍 Like                    💬 Comment                   ↪ Share

                                                                Most relevant ▾

▉   ▉▉▉
    Full pardon coming soon. Hold the line 👊
    4w   Like   Reply                              ❤ 2

    J Les Little
    ▉▉▉ and a lot more than that $$$! They not only attacked us, and
    trapped us, but they didn't allow us or our council to have the 42k hours of
    exculpatory video evidence that Speaker Johnson just released to the public
    today, almost three years after the fact. Thanks brother! Pray for us, our fearless
    leader God's anointed and appointed Donald John Trump the Trump of God
    sounding before the return of Jesus Christ and all presecuted Patriots.
    4w   Like   Reply                                              🤗

    ▉  ▉▉▉
    J Les Little I was there too my friend. What a day to remember and I stand in
    solidarity with all of the patriots that had the heart and dedication to show up 👊
    4w   Like   Reply                                              ❤

    J Les Little
    ▉▉▉ God bless you, and beware! They're desperate and coming after
    everyone there, and as you know have more and more been arresting people who
    didn't enter the building.
    Tonight, Eric Bolling reported that the FBI on J6 dropped the investigation of a
    pedophile who told an undercover Agent that he was molesting a nine year old
    boy, so they could target us, and now have found him in Alaska where he has
    molested a ten year old boy. It's time to abolish unconstitutional federal law
    enforcement and return law enforcement to the STATES! The federal government
    has the flipping military, what else do we need at that level and what else is
    CONSTITUTIONAL?
    4w   Like   Reply   Edited                                     👍

    ▉  ▉▉▉
    J Les Little you and I both know that this world is about to get flipped upside
    down and I hope you are stocking up on popcorn 🍿. Always here for you and
    any patriots that need a friend
    4w   Like   Reply

    ▉  ▉▉▉
    J Les Little sent you a pm
    4w   Like   Reply                              💙

B-31





**J Les Little**
November 20 at 8:23 PM · YouTube · 🌐

Mind blowing, jaw dropping exact time fulfilled prophecies explained by Rabbi turned Pastor Jonathan Cahn. One of them is about prophet Jehu's people storming the capital and eighty people being arrested that day which is the exact number of Patriots arrested on 1/6/2021. I remember reading that text and it blows my mind that I am in a small way in a biblical prophetic event! ██████████████████████████████ thanks for sharing!

*The Josiah Manifesto*
WITH RABBI JONATHAN CAHN

YOUTUBE.COM
The Josiah Manifesto: Revealing Prophetic Mysteries For Now & The End Times with Jonathan Cahn

👍❤️ 4

👍 Like          ○ Comment          ↪ Share

Write a comment...



