IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES LESLIE LITTLE,<br><br>Defendant. | Case No. 1:21-CR-315 (RCL) |

**MOTION TO PARTICIPATE IN SENTENCING VIA VIDEOCONFERENCE**

James Little, through undersigned counsel, hereby moves this Court to allow him to participate in the scheduled January 25 hearing via videoconference. In a prior filing, Mr. Little has asked the Court to cancel the January 25 hearing and to enter an amended judgment without a hearing. *See* Doc. 58; Doc. 66. That motion remains pending at this time. If the Court proceeds with the scheduled hearing, Mr. Little requests that he be permitted to participate by videoconference. Unless otherwise directed by the Court, Mr. Little's counsel intends to attend the scheduled hearing in person.

This motion is based upon Rule 43 of the Federal Rules of Criminal Procedure, which permits a defendant to consent to sentencing "by video teleconferencing" in a misdemeanor case. *See* Fed. R. Crim. P. 43(b)(2). Mr. Little resides in the Western District of North Carolina, and this Court has previously

1

determined that he is indigent. Mr. Little participated in his prior sentencing hearing by videoconference, and he requests that he be permitted to do so again.

    We contacted the government, through AUSA Patrick Holvey, on January 10, 2024, to determine the government's position on this motion. As of this morning (January 16, 2024), the government informed us that it did not yet have a position on the motion but that it expected to have one soon. Given that the hearing is set for next week, we are proceeding to file this motion now rather than awaiting the conclusion of the government's deliberative process.

    Respectfully submitted,

John G. Baker  
Federal Public Defender

/s/ Joshua B. Carpenter  
Joshua B. Carpenter  
Appellate Chief  
1 Page Avenue, Suite 210  
Asheville, NC 28801  
Joshua_Carpenter@fd.org

Date: January 16, 2024