# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-CR-315 (RCL)** |
| | : | |
| **JAMES LESLIE LITTLE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF NON-OPPOSITION TO PARTICIPATION VIA VIDEOCONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court that it does not oppose the relief requested in Defendant James Little's Motion, ECF 67, requesting that "Mr. Little [] be permitted to participate by videoconference" in the currently scheduled sentencing hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     */s/ Patrick Holvey*
PATRICK HOLVEY
DC Bar No. 1047142
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 16th day of January 2024, a copy of the foregoing was served upon all parties via the Electronic Case Filing (ECF) System.

/s/ Patrick Holvey
PATRICK HOLVEY
DC Bar No. 1047142
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov