UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES LITTLE,<br><br>    *Defendant.* | Case No. 1:21-cr-315-RCL |

## ORDER

Defendant James Little is scheduled to be resentenced before the Court on January 25, 2024 at 10:30 AM. Upon consideration of the defendant's Motion to Participate in Sentencing via Videoconference [ECF No. 67] and the Government's Notice of Non-Opposition [ECF No. 68], and pursuant to Federal Rule of Criminal Procedure 43(b)(2), it is hereby:

**ORDERED** that the defendant's motion is **GRANTED** and the defendant may appear at his resentencing hearing by videoconference.

**IT IS SO ORDERED.**

Date: 1-17-24

Royce C. Lamberth
United States District Judge