# Exhibit A

```
BOP2Y            *           INMATE DISCIPLINE DATA          *     01-17-2024
PAGE 001 OF 001  *       CHRONOLOGICAL DISCIPLINARY RECORD   *     06:39:24

REGISTER NO: 36398-509 NAME..: LITTLE, JAMES
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-17-2024




G5401         DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
 BOP2Y           *          PUBLIC INFORMATION              *     01-17-2024
PAGE 001         *             INMATE DATA                  *     06:38:22
                            AS OF 01-17-2024

REGNO..: 36398-509 NAME: LITTLE, JAMES

                     RESP OF: JES
                     PHONE..: 912-427-0870    FAX: 912-427-1125
                                              RACE/SEX...: WHITE / MALE
                                              AGE:   53
ACTUAL RELEASE METH.: FT REL
ACTUAL RELEASE DATE.: 07-08-2022




G0002        MORE PAGES TO FOLLOW . . .
```

```
 BOP2Y          *         PUBLIC INFORMATION         *     01-17-2024
PAGE 002        *            INMATE DATA            *     06:38:22
                          AS OF 07-08-2022

REGNO..: 36398-509 NAME: LITTLE, JAMES

                  RESP OF: JES
                  PHONE..: 912-427-0870    FAX: 912-427-1125
HOME DETENTION ELIGIBILITY DATE: 07-03-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-08-2022 VIA FT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER..................: 21-CR-315 (RCL)
JUDGE..........................: LAMBERTH
DATE SENTENCED/PROBATION IMPOSED: 03-14-2022
DATE COMMITTED.................: 05-12-2022
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: YES
PROBATION IMPOSED REMARKS......: 36 MNTHS

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $00.00         $10.00          $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $500.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  805     18:2101 CIVIL RIGHTS
OFF/CHG: 40:5104(E)(2)(G) PARADING, DEMONSTRATING OR PICKETING IN A
         CAPITOL BUILDING

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 DAYS
 DATE OF OFFENSE................: 01-06-2021




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 36398-509 NAME: LITTLE, JAMES

                    RESP OF: JES
                    PHONE..: 912-427-0870   FAX: 912-427-1125
---------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-01-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-01-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 05-12-2022
TOTAL TERM IN EFFECT............:     60 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      1 MONTHS    29 DAYS
EARLIEST DATE OF OFFENSE........: 01-06-2021

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                    03-24-2021    03-25-2021

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 07-08-2022
ELDERLY OFFENDER TWO THIRDS DATE: 06-19-2022
EXPIRATION FULL TERM DATE.......: 07-08-2022
TIME SERVED.....................:      1 MONTHS    29 DAYS
PERCENTAGE OF FULL TERM SERVED..: 100.0
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 07-08-2022
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: JES
ACTUAL SATISFACTION KEYED BY....: BTS

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0




S0039       ALL CURRENT COMPS ARE SATISFIED
```