# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3011**  **September Term, 2023**

1:21-cr-00315-RCL-1

**Filed On:** February 22, 2024

United States of America,

  Appellee

 v.

James Little,

  Appellant

**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

### O R D E R

Upon consideration of the motion for release pending appeal and the response thereto, it is

**ORDERED** that the motion for release pending appeal be granted. Appellant has shown that his appeal presents a substantial question of law or fact likely to result in a reduced term of imprisonment that is less than the amount of time already served plus the expected duration of the appeal process. See 18 U.S.C. § 3143(b). This order is without prejudice to the government filing a motion in district court requesting imposition of conditions of release pending appeal.

The Clerk is directed to calendar this case for oral argument in September 2024. The parties will be informed later of the date of oral argument and the composition of the merits panel.

The Clerk is directed to transmit a copy of this order to the district court.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

        BY: /s/
           Selena R. Gancasz
           Deputy Clerk