UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-315 (RCL) |
| | : | |
| JAMES LITTLE | : | |
| | : | |
| *Defendant.* | : | |

### REPLY IN SUPPORT OF MOTION TO IMPOSE CONDITIONS OF RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully replies in support of its motion asking this Court to impose appropriate conditions of release on Defendant James Little for the duration of his release pending appeal. Little's opposition appears to confirm the lack of ordered release conditions; to the extent any ordered release conditions exist following the Circuit's order granting release pending appeal, it appears the only condition may be the Probation Office's requirement to check in weekly to avoid "the revocation of his ability to voluntarily surrender", ECF 81 at 1. No other conditions of release are mentioned in his opposition, including, notably, any standard release conditions.[1] And

---

[1] For example, previously, Little was subject to conditions to, among others:
- Not violate federal, state, or local law while on release;
- Advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number;
- Submit to supervision by and report for supervision to the courtesy supervision of the WD of North Carolina;
- Notify in advance of any travel outside the Western District of North Carolina;
- Not possess a firearm, destructive device, or other weapon;
- Not use or unlawfully possess a narcotic drug or other controlled substances unless prescribed;
- Submit to testing for a prohibited substance if required;
- Stay away from Washington, D.C. (with exceptions).

*See* ECF 10; *see also* ECF 48. These conditions were appropriate previously and remain appropriate now.

1

the Government's review of the situation seems to confirm the lack of other conditions of release. Candidly, it is not clear that even that the check-in condition is presently ordered, given the condition was entered as a condition pending surrender which the Circuit has now stayed.

Because it remains unclear what, if any, conditions govern Little's current release status, the Government moves for entry of release conditions to govern Little's release pending appeal to the extent prior conditions, including standard conditions of release, have been supplanted by the resentencing and/or Circuit's granting release pending appeal.

The same motivating circumstances that led the Court to impose conditions of release previously are still present and still provide sufficient support for appropriate conditions of release to be imposed. Therefore, the Government respectfully submits that, at a minimum, this Court should grant its motion and impose at least the standard conditions of release. *See, e.g.*, n.1.

## CONCLUSION

For all these reasons, this Court should enter an order setting appropriate conditions of release pending appeal for Defendant James Little.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Patrick Holvey*
PATRICK HOLVEY
DC Bar No. 1047142
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov

## CERTIFICATE OF SERVICE

On this 28th day of February, 2024, a copy of the foregoing was served upon all parties via the Electronic Case Filing (ECF) System.

*/s/ Patrick Holvey*
PATRICK HOLVEY
DC Bar No. 1047142
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov